

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2018

No. 04-18-00239-CR

Juan Daniel **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 554313
Honorable Crystal D. Chandler, Judge Presiding

# O R D E R

     Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief is due **October 9, 2018**. No further extensions will be granted.

_____
Karen Angelini, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court